No. 96–8480. LEFF v. INSTITUTE OF SPECIALIZED MEDICINE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–8498. REYNOLDS v. LOS ANGELES COUNTY DEPARTMENT OF CHILDREN'S SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–8564. BARBARA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8590. HOWARD v. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–8618. BURGESS v. EASLEY MUNICIPAL ELECTION COMMISSION. Sup. Ct. S. C. Certiorari denied.

No. 96–8625. COLEMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8627. NAGI v. C. E. FLEMING CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–8655. GIBBS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8656. GIRARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8658. HOWARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8659. HERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8662. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8669. MOTT v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 96–8676. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8679. AKPAETI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.